Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 13−10505
Chapter: 7
Judge: Bruce W. Black

In Re:
   Peter Thomas Johnson
   14352 Hill Rd.
   Newark, IL 60541

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6826

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 17, 2013

FOR THE COURT

Dated: May 21, 2013                Kenneth S. Gardner , Clerk
                                   United States Bankruptcy Court